1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LUIS E. MENDIZABAL,                    ) Case No. CV 11-2882 JCG
                                        )
            Plaintiff,                  )
                                        ) **JUDGMENT**
      v.                                )
                                        )
MICHAEL J. ASTRUE,                      )
COMMISSIONER OF SOCIAL                  )
SECURITY ADMINISTRATION,                )
                                        )
            Defendant.                  )
                                        )

IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: February 7, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge